IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| KRISTA T. AVALON, | § | |
| | § | |
| Plaintiff | § | NO. 5:12 CV 756 FB |
| | § | |
| vs. | § | |
| | § | Jury Trial Demanded |
| STELLAR RECOVERY, INC. AND | § | |
| AEGIS SECURITY INSURANCE | § | |
| COMPANY, | § | |
| | § | |
| Defendants | § | |

## PLAINTIFF'S MOTION TO DISMISS

**TO THE HONORABLE FRED BIERY, CHIEF UNITED STATES DISTRICT JUDGE:**

Krista T. Avalon, Plaintiff, respectfully represents:

1. The parties have settled the claims made the basis of this lawsuit.

2. Plaintiff no longer wishes to pursue this litigation and requests that her complaint be dismissed with prejudice.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that this case be dismissed with prejudice with each party to bear his, her or its costs and attorney's fees.

Dated: 12 October, 2012.

Respectfully submitted,

LAW OFFICES OF MARTIN SEIDLER
One Elm Place, Suite E504
11107 Wurzbach Road
San Antonio, Texas 78230
(210) 694-0300
(210) 690-9886 Telecopier


By:   /s/_____
    MARTIN SEIDLER, SBN #18000800
    ATTORNEY FOR PLAINTIFF

<u>Certificate of Service</u>

 I hereby certify that a true copy hereof was transmitted to Rachel B. Ommerman, Berman & Rabin, P.A. counsel for defendants. by electronic transmission to <u>Rommerman@bermanrabin.com</u> on this 12 day of October, 2012.


      _/s/_____
      Martin Seidler